IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., ) | |
| Plaintiffs, ) | Case No. 09 C 4617 |
| v. ) | |
| COMMERCIAL BRICK PAVING, INC., an ) | Judge Norgle |
| Illinois corporation, and JOHN BIEBRACH, ) | |
| individually, ) | |
| Defendant, ) | |
| and ) | |
| AMERICAN SNOW REMOVAL, INC., ) | |
| Third Party Garnishee Respondent. ) | |

## PLAINTIFFS' MOTION FOR ENTRY OF CONDITIONAL JUDGMENT AND FOR RULE TO SHOW CAUSE

NOW COME Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds (hereinafter "Funds"), by and through their attorney, Patrick T. Wallace, and hereby move this Court to issue a conditional judgment in the amount of $165,872.27 against Third Party Garnishee Respondent American Snow Removal, Inc. ("American Snow Removal") for failure to comply with an outstanding Wage Deduction Order entered by the Court on May 24, 2012 and setting a Return on Rule to Show Cause to convert the conditional judgment into a final judgment. In support of this Motion, Plaintiffs' state as follows:

1. The Funds obtained a judgment against Defendant John Biebrach jointly and severally with Commercial Brick Paving, Inc. in the amount of $169,022.27 on September 3, 2010.

2. A Garnishment Notice was issued against American Snow Removal on April 3, 2012.

3. American Snow Removal responded advising that John Biebrach was a commissioned employee but that no current commissions were due. Plaintiffs then filed a Motion for Wage Deduction Order which was granted by the Court on May 24, 2012. A copy of the Court's May 24, 2012 Wage Deduction Order is attached hereto as Exhibit A.

4. Plaintiffs have forwarded the Wage Deduction Order to American Snow Removal on two (2) occasions and have received no response regarding whether John Biebrach has earned any commissions or if any monies are owed. True and accurate copies of the letters forwarding the Wage Deduction Order to American Snow Removal are attached hereto as Exhibits B and C.

5. Accordingly, pursuant to 735 ILCS 5/12-807(a), Plaintiffs respectfully request that this Court enter a conditional judgment against Third Party Garnishee Respondent American Snow Removal, Inc. entering conditional judgment in favor of the Funds and against American Snow Removal, Inc. in the amount of $165,872.27, plus post-judgment interest, representing the remaining balance due on the judgment. Plaintiffs also request that this Court enter an Order directing American Snow Removal, Inc. to appear by and through its President, William Holloway, and show cause why the Company should not be held in contempt not less than twenty-one (21) days nor more than thirty (30) days after the date of the issuance of the Order for Rule To Show Cause, in accordance with 735 ILCS 5/12-807(a). Further, Plaintiffs respectfully request that in the event that American Snow Removal, Inc. fails to appear and show cause why it should not be held in contempt, that this Court enter final judgment in favor of the Funds and against American Snow Removal, Inc. in the amount of $165,872.27, plus post-judgment interest and Plaintiffs' reasonable attorneys' fees and expenses in accordance with 735 ILCS 5/12-807(b).

WHEREFORE, Plaintiffs respectfully request that this Court enter conditional judgment in favor of the Funds and against American Snow Removal, Inc. in the amount of $165,872.27 plus post-judgment interest. Plaintiffs further request that this Court enter an Order directing American Snow Removal, Inc. to appear by and through its President, William Holloway, and show cause why the Company should not be held in contempt not less than twenty-one (21) days nor more than thirty (30) days after the date of the issuance of the Order for Rule To Show Cause, in accordance with 735 ILCS 5/12-807(a). Further, Plaintiffs respectfully request that in the event that American Snow Removal, Inc. fails to appear and show cause why it should not be held in contempt, that this Court enter final judgment in favor of the Funds and against American Snow Removal, Inc. in the amount of $165,872.27 plus post-judgment interest and Plaintiffs' reasonable attorneys' fees and expenses in accordance with 735 ILCS 5/12-807(b).

Respectfully submitted,

October 12, 2012

Laborers' Pension Fund, et al.

By: /s/Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540/(312) 692-1489 (fax)

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he caused a copy of the foregoing Motion for Entry of Conditional Judgment and for Rule to Show Cause to be served upon the following persons via mail this 12th day of October 2012.

Commercial Brick Paving, Inc.
c/o James Kimont, Registered Agent
825 Seegers Road
Des Plaines, IL 60016

John Biebrach
3460 MERLE LANE
NORTHBROOK, IL 60062

American Snow Removal, Inc.
c/o Alan S. Levin, Registered Agent
205 W. Randolph St., Suite 1030
Chicago, IL 60606

Courtesy Copy:
Todd A. Miller
Allocco, Miller & Cahill
3409 N. Paulina
Chicago, IL 60657

/s/ Patrick T. Wallace

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., <br>     Plaintiffs, <br> v. <br> COMMERCIAL BRICK PAVING, INC., an Illinois corporation, and JOHN BIEBRACH, Individually, <br>     Defendants, <br> and <br> AMERICAN SNOW REMOVAL, INC., <br>     Third Party Garnishee Respondent. | Case No. 09 C 4617 <br><br> Judge Norgle |

### ORDER – WAGE DEDUCTION

This matter having come to be heard by the Court on the Plaintiffs' Motion for Wage Deduction Order, due notice having been given, IT IS HEREBY ORDERED:

1. That Garnishee Respondent American Snow Removal, Inc. is directed to withhold and turn over wages from John Biebrach remitting those funds to Patrick T. Wallace, counsel for the Funds at 111 W. Jackson Blvd., Suite 1415, Chicago, IL 60604 on a monthly basis in accordance with 735 ILCS 5/12-808(e) until the judgment is satisfied or until a "terminating event" occurs as defined in 735 ILCS 5/12-808(b).

ENTER:

/s/ Charles R. Norgle
The Honorable Judge Charles R. Norgle
United States District Court Judge

Dated: 5/24/2012


EXHIBIT A

Order Form (01/2005)   Case: 1:09-cv-04617 Document #: 81 Filed: 05/24/12 Page 1 of 1 PageID #:326

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 09 C 4617 | DATE | 5/24/2012 |
| CASE TITLE | LABORERS' PENSION FUND, et al. vs. COMMERCIAL BRICK PAVING, INC. | | |

**DOCKET ENTRY TEXT**

Enter Order-Wage Deduction.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2012 MAY 24 PM 4:19
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|



**LABORERS' PENSION FUND and HEALTH and WELFARE DEPARTMENT of the CONSTRUCTION and GENERAL LABORERS' DISTRICT COUNCIL of CHICAGO and VICINITY**

| | |
|---|---|
| MAIN OFFICE<br>11465 CERMAK ROAD<br>WESTCHESTER, ILLINOIS 60154-5768<br>Telephone: (708) 562-0200<br>www.chicagolaborersfunds.com | CHICAGO OFFICE<br>111 W. JACKSON BLVD., SUITE 1415<br>CHICAGO, ILLINOIS 60604-3868<br>Telephone: (312) 692-1540<br>Fax: (312) 692-1489 |

*From the Office of Fund Counsel*

July 11, 2012

**BOARD OF TRUSTEES**

*Administrator*
JAMES S. JORGENSEN

*Secretary*
RICHARD E. GRABOWSKI

**PENSION FUND**

*For Labor*
JOSEPH COCONATO
JAMES P. CONNOLLY
PAUL P. CONNOLLY
CHARLES V. LOVERDE, III
LARRY WRIGHT

*For Employers*
ROBERT A. BOHAC
RICHARD E. GRABOWSKI
CLIFTON M. HORN
ROBERT G. KRUG
DAVID H. LORIG
GARY LUNDSBERG

**WELFARE FUND**

*For Labor*
ANTONIO S. CASTRO
JAMES P. CONNOLLY
MARTIN T. FLANAGAN
RICHARD KUCZKOWSKI
CHARLES V. LOVERDE, III
SCOTT PAVLIS

*For Employers*
JULIE CHAMBERLIN
CHARLES J. GALLAGHER
RICHARD E. GRABOWSKI
CLIFTON M. HORN
DAVID H. LORIG
DENNIS P. MARTIN

American Snow Removal, Inc.
c/o Alan S. Levin, Registered Agent
205 W. Randolph St., Suite 1030
Chicago, IL 60606

American Snow Removal, Inc.
825 Seegers Road
Des Plaines, IL 60016

Re: *Laborers' Pension and Welfare v. Commercial Brick Paving, Inc., and John Biebrach*
Case No.: 09 C 4617

Dear Sir or Madam:

Enclosed please find another copy of the Order for Wage Deduction that was forwarded to you on May 31, 2012. You have an obligation under 735 ILCS 5/12-808 to periodically report and turn over funds withheld pursuant to the entry of a Deduction Order on a monthly basis (see 735 ILCS 5/12-808(e). Demand is hereby made upon you to advise whether you have withheld any monies due to Mr. Biebrach since the entry of the Wage Deduction Order for wages or commissions earned and to remit the same in a check made payable to the "Laborers' Pension and Welfare Funds." Please respond to this letter as soon as possible and, in any event, no later than Friday, July 20, 2012 or I will file a Motion for the Entry of Conditional Judgment against American Snow Removal, Inc. for the balance of the judgment due from Mr. Biebrach.

Very truly yours,

LABORERS' PENSION AND WELFARE FUNDS

*Patrick T. Wallace*

Patrick T. Wallace
PTW/kt
Encl.



EMPLOYER PARTICIPANTS –
Builders' Association, Employing Plasterers' Association, Underground Contractors' Association, Mason Contractors' Association, Concrete Contractors' Association, Wrecking Contractors, Concrete Products Employers, Lake County Illinois Employers, Illinois Road Builders Association, Bridge and Highway Structural Builders; i.e. all those who employ Laborers Engaged in the Building and Construction Industry.



**PENSION AND WELFARE FUNDS**

# LABORERS' PENSION FUND and HEALTH and WELFARE DEPARTMENT of the CONSTRUCTION and GENERAL LABORERS' DISTRICT COUNCIL of CHICAGO and VICINITY

MAIN OFFICE
11465 CERMAK ROAD
WESTCHESTER, ILLINOIS 60154-5768
Telephone: (708) 562-0200
www.chicagolaborersfunds.com

CHICAGO OFFICE
111 W. JACKSON BLVD., SUITE 1415
CHICAGO, ILLINOIS 60604-3868
Telephone: (312) 692-1540
Fax: (312) 692-1489

*From the Office of Fund Counsel*

May 31, 2012

**BOARD OF TRUSTEES**

*Administrator*
JAMES S. JORGENSEN

*Secretary*
RICHARD E. GRABOWSKI

**PENSION FUND**

*For Labor*
JOSEPH COCONATO
JAMES P. CONNOLLY
PAUL P. CONNOLLY
CHARLES V. LOVERDE, III
LARRY WRIGHT

*For Employers*
ROBERT A. BOHAC
RICHARD E. GRABOWSKI
CLIFTON M. HORN
ROBERT G. KRUG
DAVID H. LORIG
GARY LUNDSBERG

**WELFARE FUND**

*For Labor*
ANTONIO S. CASTRO
JAMES P. CONNOLLY
MARTIN T. FLANAGAN
RICHARD KUCZKOWSKI
CHARLES V. LOVERDE, III
SCOTT PAVLIS

*For Employers*
JULIE CHAMBERLIN
CHARLES J. GALLAGHER
RICHARD E. GRABOWSKI
CLIFTON M. HORN
DAVID H. LORIG
DENNIS P. MARTIN

American Snow Removal, Inc.
c/o Alan S. Levin, Registered Agent
205 W. Randolph St., Suite 1030
Chicago, IL 60606

American Snow Removal, Inc.
825 Seegers Road
Des Plaines, IL 60016

**FILE COPY**

Re: *Laborers' Pension and Welfare v. Commercial Brick Paving, Inc., and John Biebrach*
Case No.: 09 C 4617

Dear Sir or Madam:

Enclosed please find an Order for Wage Deduction ordering American Snow Removal to withhold and turn over wages from John Biebrach in accordance with 735 ILCS 5/12-808(e) until the judgment is satisfied or until a terminating event occurs as defined under 735 ILCS 5/12-808(b). Please note that the enclosed Order applies to all wages including, but not limited to, commissions. All checks can be made payable to the "Laborers' Pension and Welfare Funds" and delivered to my attention at my Chicago office. Please contact me if you have any questions regarding this matter.

Very truly yours,

LABORERS' PENSION AND WELFARE FUNDS

*Patrick T. Wallace*

Patrick T. Wallace
PTW/kt
Encl.

cc: Mr. Todd A. Miller



EXHIBIT C

EMPLOYER PARTICIPANTS –
Builders' Association, Employing Plasterers' Association, Underground Contractors' Association, Mason Contractors' Association, Concrete Contractors' Association, Wrecking Contractors, Concrete Products Employers, Lake County Illinois Employers, Illinois Road Builders Association, Bridge and Highway Structural Builders; i.e. all those who employ Laborers Engaged in the Building and Construction Industry.